# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR CRUZ, | CASE NO. 1:08-CV-00237 LJO DLB PC |
| Plaintiff, | ORDER DENYING MOTION TO COMPEL |
| v. | (Doc. 8) |
| MIKE KNOWLES, et al., | |
| Defendants. | |

Plaintiff Oscar Cruz("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On September 10, 2008, plaintiff filed a document entitled "Motion Compelling This Court to Screen the Complaint." The apparent purpose of the document is to bring to the court's attention the delay between the filing of a complaint and the screening of the complaint by the court, and to compel the court to screen plaintiff's complaint.

Plaintiff is informed that this court is overburdened with cases, all of which are of equal importance, and almost half of the which are inmate civil rights suits. The filing of improper documents such as this has the effect of slowing down the judicial process for all parties litigating actions in this court, including plaintiff. Although the court recognizes that the instant action is of the utmost importance to plaintiff, it is but one of many hundreds filed with this court and is no more extraordinary or exceptional than any of the others. When a prisoner civil rights complaint is filed with this court, the court will screen the complaint in due course. Likewise, when there is a motion pending before the court, the court will consider it in due course. Plaintiff's September 10, 2008 motion is denied.

IT IS SO ORDERED.

**Dated:** **September 12, 2008**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE