# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR CRUZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KNOWLES, et al.,<br><br>　　　　　　Defendants. | CASE NO. 1:08-cv-00237-LJO-DLB (PC)<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Oscar Cruz ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with a second amended civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 19, 2008. The Court screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against defendants Mike Knowles, Chris Chrones, and S. Fraunheim for conditions of confinement in violation of the Eighth Amendment and discrimination in violation of the Equal Protection Clause of the Fourteenth Amendment. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants

    Warden Mike Knowles

    Acting Warden Chris Chrones

    Captain S. Fraunheim.

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed February 19, 2008.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

1        a.    Completed summons;

2        b.    One completed USM-285 form for each defendant listed above; and

3        c.    Four (4) copies of the endorsed complaint filed February 19, 2008.

4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:**    **December 16, 2008**            **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE