# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR CRUZ, | CASE NO. 1:08-cv-00237-LJO-DLB (PC) |
| Plaintiff, | **ORDER RE PLAINTIFF'S MOTION** |
| v. | (Doc. 12) |
| KNOWLES, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Oscar Cruz ("Plaintiff") filed a "Motion Advising the Court of an Error and Requesting Error to be Corrected" on January 5, 2009.  Plaintiff notes that the Court in its Order filed on December 16, 2008, mistakenly referred to Plaintiff's complaint, filed on February 19, 2008, as a "second amended complaint," when in fact this is Plaintiff's only complaint filed in this matter.

IT IS SO NOTED.

IT IS SO ORDERED.

**Dated:   January 6, 2009**              _____ **/s/ Dennis L. Beck**_____
                                                       UNITED STATES MAGISTRATE JUDGE

1