# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR CRUZ, | ) | 1:08cv00237 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANTS' MOTION TO STRIKE DESIGNATION OF COUNSEL |
| v. | ) | |
| MIKE KNOWLES, et al., | ) | (Document 29) |
| Defendants. | ) | |

Plaintiff Oscar Cruz ("Plaintiff"), proceeding pro se and in forma pauperis, filed the instant civil rights action on February 19, 2008.

On April 1, 2009, attorneys Warren E. George, Jr., Mandu Pradhan, Erin S. Conroy and Perry M. Grossman filed a designation of counsel indicating that Plaintiff designated that they appear in this action on his behalf. The notice was signed by Ms. Conroy and Mr. Grossman on March 31, 2009. Plaintiff did not sign the document.

On May 1, 2009, Defendants filed a suggestion of death upon the record, stating that Plaintiff died during the pendency of this action. The attached Certificate of Death indicates that Plaintiff died on March 18, 2009.

On June 1, 2009, Defendants filed a motion to strike the designation of counsel based on violations of Local Rules 83-182 and 83-183. Indeed, the designation of counsel was signed and filed after Plaintiff's death and was not signed by any other party authorized to act on Plaintiff's behalf.

Accordingly, Defendants' motion to strike is GRANTED. The April 1, 2009, designation of counsel (Document 22) is STRICKEN from the record.

IT IS SO ORDERED.

Dated: **June 4, 2009**        /s/ **Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE