# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR CRUZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MIKE KNOWLES, et al.,<br><br>　　　　　　Defendants. | 1:08cv00237 LJO DLB<br><br>ORDER STRIKING PLAINTIFF'S REQUEST FOR DEFAULT AGAINST DEFENDANT MIKE KNOWLES<br><br>(Document 34) |

　　　　Plaintiff Oscar Cruz proceeding pro se and in forma pauperis, filed the instant civil rights action on February 19, 2008. Plaintiff's mother, Maria del Rosario Corona, has been substituted in as Plaintiff.

　　　　On June 2, 2009, Plaintiff requested that default be entered against Defendant Mike Knowles. However, the request was filed after Plaintiff's death and prior to his mother's substitution. The request is therefore STRICKEN.[1]

　　　　Plaintiff may renew the request, if appropriate. If an amended complaint is filed due to the recent substitution, the parties are encouraged to move forward on the merits of the action.

　　　　IT IS SO ORDERED.

　　　　Dated:　__June 19, 2009__　　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes, however, that Defendant Knowles signed a waiver of service on February 24, 2009. See Docket Entry 18. Defendants' assertion in the June 2, 2009, answer that Defendant Knowles has not been served is therefore incorrect.

1