# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR CRUZ, | ) | 1:08cv00237 LJO DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE PLAINTIFF'S SUCCESSOR IN INTEREST |
| v. | ) | |
| | ) | (Document 32) |
| MIKE KNOWLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Oscar Cruz ("Plaintiff"), proceeding pro se and in forma pauperis, filed the instant civil rights action on February 19, 2008.  On May 1, 2009, Defendants filed a suggestion of death upon the record, stating that Plaintiff died during the pendency of this action.  The attached Certificate of Death indicates that Plaintiff died on March 18, 2009.

On June 2, 2009, Plaintiff's mother, Maria del Rosario Corona, moved timely under Federal Rule of Civil Procedure 25 for an order substituting her as the plaintiff in this action.  The motion and Ms. Corona's declaration establishes that she is entitled to substitute in as Plaintiff in this action.

Accordingly, Maria del Rosario Corona's motion is GRANTED and she SHALL BE SUBSTITUTED in as the Plaintiff in this action.

IT IS SO ORDERED.

Dated: **June 19, 2009**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1