# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR CRUZ, | 1:08cv00237 LJO DLB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO REDESIGNATE ACTION AS REGULAR CIVIL CASE |
| v. | ORDER VACATING DISCOVERY AND SCHEDULING ORDER |
| MIKE KNOWLES, et al., | (Document 41) |
| Defendants. | ORDER SETTING HEARING FOR MOTION TO AMEND |

    Oscar Cruz filed this civil rights action on February 19, 2008.  He subsequently passed away while incarcerated and his mother, Maria del Rosario Corona, who is represented by counsel, substituted in as Plaintiff.

    Accordingly, as both parties are represented by counsel, the Court DIRECTS the Clerk of Court to REDESIGNATE this action as a regular civil action.  The Court also VACATES the June 25, 2009, Discovery and Scheduling Order.

    Plaintiff's representation by counsel also means that Local Rule 78-230(m) no longer applies.  Counsel should treat this action as a regular civil case.

    Plaintiff's September 15, 2009, Motion to Amend is SET for HEARING on October 23, 2009, at 9:00 a.m., in Courtroom 9.

    IT IS SO ORDERED.

Dated: **September 16, 2009**       **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

1