# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR CRUZ, | ) | 1:08cv00237 LJO DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE ANSWER |
| | ) | |
| v. | ) | (Document 63) |
| | ) | |
| MIKE KNOWLES, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On November 24, 2009, the parties submitted a stipulation indicating that counsel agreed to extend the time for Defendants to respond to the First Amended Complaint.  The stipulation is GRANTED.  Defendants' response shall be due on or before December 9, 2009.


IT IS SO ORDERED.

**Dated:    November 24, 2009**          _____/s/ Dennis L. Beck_____
                                         UNITED STATES MAGISTRATE JUDGE

1