UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSARIO CORONA, AS HEIR OF THE ESTATE OF OSCAR CRUZ, et. al., <br><br> Plaintiffs, <br> v. <br><br> KELLY HARRINGTON, et al., <br><br> Defendants. | Case No. 1:08-CV-00237-LJO-DLB (PC) <br><br> **ORDER STAYING PROCEEDINGS PENDING RESOLUTION OF APPEAL** |

On February 19, 2009, Plaintiff Andres Santana ("Plaintiff") noticed an appeal to the United States Court of Appeals for the Ninth Circuit of this Court's Order on Defendant's Rule 12 Motion to Dismiss (Doc. No. 65).

Good cause appearing, the Parties' Joint Motion to Stay Proceedings Pending Resolution of Appeal is GRANTED. It is ORDERED that all proceedings in Case No. 1:08-CV-00237-LJO-DLB (PC), *Cruz, et al., v. Harrington, et al.*, are stayed pending Plaintiff's appeal. The Scheduling Order issued by this Court on December 23, 2009 (Doc. No. 68) is VACATED. While this stay remains in effect, no party shall propound any discovery or file any document in this action (except in the appeal). Unless otherwise ordered by this Court, this stay shall automatically terminate upon issuance of the Ninth Circuit Court of Appeals' mandate in

1 | Plaintiff's appeal, U.S. Court of Appeals No. 10-15398.

2

3

4 | Dated:  March 3, 2010                              /s/ Lawrence. J. O'Neill
                                                              Lawrence J. O'Neill
5                                                             United States District Judge