BINGHAM MCCUTCHEN LLP
WARREN E. GEORGE (SBN 53588)
MANU PRADHAN (SBN 253026)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
warren.george@bingham.com
manu.pradhan@bingham.com

Attorneys for Plaintiffs Maria del Rosario Corona and Andres Santana

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSARIO CORONA, AS HEIR OF THE ESTATE OF OSCAR CRUZ, et. al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>KELLY HARRINGTON, et al.,<br><br>　　　　　　Defendants. | Case No. 1:08-CV-00237-LJO-DLB<br><br>**STIPULATION REGARDING SCHEDULING ORDER; ORDER** |

**STIPULATION**

Pursuant to Fed. R. Civ. Proc. 16(b)(4), the parties stipulate to an extension of the deadlines in the Scheduling Order issued on June 30, 2011 (Docket Item # 97).

Defendants require additional time to complete their document production. Declaration Of Manu Pradhan In Support Of Stipulation Regarding Scheduling Order ("Pradhan Decl."), ¶¶ 3-4. Progress has also been delayed because the parties are negotiating a Protective Order to facilitate the production of documents Defendants will not otherwise produce based on their claims of confidentiality. Pradhan Decl., ¶ 5. Other discovery issues have arisen that are delaying the case, and though the parties are continuing to meet and confer regarding those issues, some motion practice is likely. Pradhan Decl., ¶ 4.

The parties have discussed how these issues affect the case schedule. Pradhan Decl., ¶¶ 6-7. Subject to the availability of the Court, the parties jointly request that the Court amend the Scheduling Order to reflect the following dates:

| Event | Current Date | New Dates Ordered By Court |
|---|---|---|
| Filing of Stipulation or Motions Amending Pleadings | October 7, 2011 | January 5, 2012 |
| Settlement Conference | November 30, 2011, 10:00 a.m., Courtroom 9 | **Parties to contact Magistrate Judge for acceptable date.** |
| Non- Expert Discovery | December 2, 2011 | March 1, 2012 |
| Expert Discovery | February 3, 2012 | May 3, 2012 |
| Filing of Non-Dispositive Motion: | February 15, 2012 | May 15, 2012 |
| Hearing re Non-Dispositive Motion | March 9, 2012 | June 7, 2012 |
| Filing of Dispositive Motion: | April 20, 2012 | **June 29, 2012** |
| Hearing re Dispositive Motion | June 5, 2012 | **August 15, 2012** |

| Event | Current Date | New Dates Ordered By Court |
|---|---|---|
| Pre-Trial Conference | July 17, 2012, 8:30 a.m., Courtroom 4 | October 15, 2012 **at 8:30 a.m.** |
| Trial | September 10, 2012, 8:30 a.m., Courtroom 4 JT 5 days | December 10, 2012 **at 8:30 a.m.** |

DATE: October 6, 2011                    BINGHAM MCCUTCHEN LLP


By: _____/s/_____
Manu Pradhan
Attorneys for Plaintiffs


DATE: October 6, 2011                    ATTORNEY GENERAL OF THE STATE OF CALIFORNIA


By: _____/s/_____
Kelli M. Hammond
Attorney for Defendants

2

Case No. 1:08-CV-00237-LJO-DLB

STIPULATION REGARDING SCHEDULING ORDER; [PROPOSED] ORDER

A/74535557.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | |
| 3 | |
| 4 | GOOD CAUSE showing, the dates are modified as reflected above and with dates in bold |
| 5 | different than those requested by the parties' stipulation. |
| 6 | |
| 7 | IT IS SO ORDERED. |
| 8 | Dated:  **October 6, 2011**           /s/ Lawrence J. O'Neill |
| | UNITED STATES DISTRICT JUDGE |