1  BINGHAM MCCUTCHEN LLP
   WARREN E. GEORGE (SBN 53588)
2  MANU PRADHAN (SBN 253026)
   Three Embarcadero Center
3  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
4  Facsimile:  415.393.2286
   warren.george@bingham.com
5  manu.pradhan@bingham.com

6  Attorneys for Plaintiffs Maria del Rosario
   Corona and Andres Santana
7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 MARIA DEL ROSARIO CORONA, AS HEIR        Case No. 1:08-CV-00237-LJO-DLB
   OF THE ESTATE OF OSCAR CRUZ, et. al.,
12                                          **STIPULATION REGARDING
             Plaintiffs,                    SCHEDULING ORDER; ORDER**
13      v.

14 KELLY HARRINGTON, et al.,

15           Defendants.

16

17

18

19

20

21

22

23

24

25

26
                                                    Case No. 1:08-CV-00237-LJO-DLB

STIPULATION REGARDING SCHEDULING ORDER; [PROPOSED] ORDER

A/74535557.1

1  **STIPULATION**

2  Pursuant to Fed. R. Civ. Proc. 16(b)(4), the parties stipulate to an extension of the

3  deadlines in the Scheduling Order issued on June 30, 2011 (Docket Item # 97).

4  Defendants require additional time to complete their document production.  Declaration

5  Of Manu Pradhan In Support Of Stipulation Regarding Scheduling Order ("Pradhan Decl."), ¶¶

6  3-4.  Progress has also been delayed because the parties are negotiating a Protective Order to

7  facilitate the production of documents Defendants will not otherwise produce based on their

8  claims of confidentiality.  Pradhan Decl., ¶ 5.  Other discovery issues have arisen that are

9  delaying the case, and though the parties are continuing to meet and confer regarding those

10  issues, some motion practice is likely.  Pradhan Decl., ¶ 4.

11  The parties have discussed how these issues affect the case schedule.  Pradhan Decl., ¶¶

12  6-7. Subject to the availability of the Court, the parties jointly request that the Court amend the

13  Scheduling Order to reflect the following dates:

| Event | Current Date | New Dates Ordered By Court |
|---|---|---|
| Filing of Stipulation or Motions Amending Pleadings | October 7, 2011 | January 5, 2012 |
| Settlement Conference | November 30, 2011, 10:00 a.m., Courtroom 9 | **Parties to contact Magistrate Judge for acceptable date.** |
| Non- Expert Discovery | December 2, 2011 | March 1, 2012 |
| Expert Discovery | February 3, 2012 | May 3, 2012 |
| Filing of Non-Dispositive Motion: | February 15, 2012 | May 15, 2012 |
| Hearing re Non-Dispositive Motion | March 9, 2012 | June 7, 2012 |
| Filing  of Dispositive Motion: | April 20, 2012 | **June 29, 2012** |
| Hearing  re Dispositive Motion | June 5, 2012 | **August 15, 2012** |

1

Case No. 1:08-CV-00237-LJO-DLB

STIPULATION REGARDING SCHEDULING ORDER; [PROPOSED] ORDER

A/74535557.1

| Event | Current Date | New Dates Ordered By Court |
|---|---|---|
| Pre-Trial Conference | July 17, 2012, 8:30 a.m., Courtroom 4 | October 15, 2012 **at 8:30 a.m.** |
| Trial | September 10, 2012, 8:30 a.m., Courtroom 4 JT 5 days | December 10, 2012 **at 8:30 a.m.** |

DATE: October 6, 2011         BINGHAM MCCUTCHEN LLP


By: _____/s/_____
Manu Pradhan
Attorneys for Plaintiffs


DATE: October 6, 2011         ATTORNEY GENERAL OF THE STATE OF CALIFORNIA


By: _____/s/_____
Kelli M. Hammond
Attorney for Defendants

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

| | |
|---|---|
| 1 | **<u>ORDER</u>** |

GOOD CAUSE showing, the dates are modified as reflected above and with dates in bold different than those requested by the parties' stipulation.

IT IS SO ORDERED.

Dated:   **October 6, 2011**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE