| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | WARREN E. GEORGE (SBN 53588) |
| 2 | MANU PRADHAN (SBN 253026) |
|   | Three Embarcadero Center |
| 3 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 4 | Facsimile:  415.393.2286 |
|   | warren.george@bingham.com |
| 5 | manu.pradhan@bingham.com |
| | |
| 6 | Attorneys for Plaintiffs Maria del Rosario Corona and Andres Santana |
| 7 | |

8      UNITED STATES DISTRICT COURT

9      EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | MARIA DEL ROSARIO CORONA, AS HEIR OF THE ESTATE OF OSCAR CRUZ, et. al., | Case No. 1:08-CV-00237-LJO-DLB |
| 12 | Plaintiffs, | **STIPULATION AND ORDER REGARDING EXPERT DISCLOSURES** |
| 13 | v. | |
| 14 | KELLY HARRINGTON, et al., | |
| 15 | Defendants. | |

16

17

18

19

20

21

22

23

24

25

26

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

Pursuant to Fed. R. Civ. Proc. 26(a)(2), the parties stipulate to an extension of the deadline in the Scheduling Order issued on June 30, 2011 (Docket Item # 97) regarding expert disclosures.

At the parties' request, the Court originally ordered that expert disclosures should occur two weeks after the close of fact discovery: fact discovery was to close on December 2 and expert disclosures were to occur on December 16.  (Docket Item ## 95, 97).  Thereafter, the Court approved the parties' stipulation to extend fact discovery by three months, but did not expressly order an extension of time related to expert disclosures.  (Docket Item # 99).  The parties agree that the expert disclosure deadline should be made consistent with the new fact discovery cut-off date.  (Declaration of Manu Pradhan, ¶ 2).  Further, Defendants' document production is not yet complete.  (*Id.*, ¶ 3.)  Therefore, the parties propose that the Court extend the date for expert disclosures to March 16, 2012, which is two weeks after the current fact discovery cutoff.  This extension of time does not affect any other case deadlines set forth in the Court's most recent scheduling order.

DATE: December 14, 2011          BINGHAM MCCUTCHEN LLP

By: _____*/s/*_____
Manu Pradhan
Attorneys for Plaintiffs

DATE: December 14, 2011          ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: _____*/s/*_____
Kelli M. Hammond
Attorney for Defendants

1

Case No. 1:08-CV-00237-LJO-DLB
STIPULATION REGARDING EXPERT DISCLOSURES; ORDER

A/74535557.1

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

GOOD CAUSE showing, IT IS SO ORDERED that the parties' stipulation regarding expert disclosures is approved.

IT IS SO ORDERED.

Dated: **December 14, 2011**          _____/s/ Dennis L. Beck_____
                                       UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com