# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAL DEL ROSARIO CORONA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>KELLY HARRINGTON, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV F 08-0237 LJO DLB<br><br>**ORDER ON STIPULATION TO EXTEND DATES** |

  The parties seek a second three-month extension of discovery, motion and trial dates. The parties present no good cause for extension of all discovery, motion and trial dates. As such, this Court EXTENDS only the non-expert discovery deadline to April 6, 2012 and DENIES extension of other dates given the age of this action, the prior three-month extension, and this Court's need manage its calendar.

  IT IS SO ORDERED.

**Dated:** **February 14, 2012**     /s/ Lawrence J. O'Neill
                  UNITED STATES DISTRICT JUDGE