1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Supervising Deputy Attorney General
3  KELLI M. HAMMOND, State Bar No. 217485
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 322-4638
6   Fax:  (916) 324-5205
    E-mail:  Kelli.Hammond@doj.ca.gov
7  *Attorneys for Defendants*
   *Chrones, Harrington, Knowles and Frauenheim*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **OSCAR CRUZ,** | 1:08-CV-00237-LJO-DLB (PC) |
| Plaintiff, | **STIPULATION OF THE PARTIES** |
| v. | |
| **MIKE KNOWLES, et al.,** | |
| Defendants. | |

1

**STIPULATION**

Due to a family emergency, counsel for Defendants was out of the office February 23 and 24, 2012, and will not return to the office until Monday, February 27, 2012. For this reason, the parties, by and through counsel of record, stipulate to a one-day extension of time for the Defendants to file their Opposition to Motion to Compel Further Discovery Responses. Defendants' opposition will be due Monday, February 27, 2012.

DATED:

/s/ *Kelli M. Hammond*
KELLI M. HAMMOND
Attorney for Defendants

DATED:

/s/ *Manu Pradhan*
MANU PRADHAN
Attorney for Plaintiffs

IT IS SO ORDERED.

Dated: **February 27, 2012**        /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE