BINGHAM MCCUTCHEN LLP
WARREN E. GEORGE (SBN 53588)
MANU PRADHAN (SBN 253026)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:    415.393.2000
Facsimile:    415.393.2286
Email:        warren.george@bingham.com
              manu.pradhan@bingham.com

EDWARD A. ANDREWS (SBN 268479)
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA  90404-4060
Telephone:    310.907.1000
Facsimile:    310.907.2000
Email:        edward.andrews@bingham.com

COURTNEY E. SMITH (SBN 273598)
1117 S. California Avenue
Palo Alto, CA 94304
Telephone:    650.849.4400
Facsimile:    650.849.4800
Email:        courtney.smith@bingham.com

Attorneys for Plaintiffs
Maria del Rosario Corona and Andres Santana

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSARIO CORONA, AS HEIR OF THE ESTATE OF OSCAR CRUZ, et. al., <br><br> Plaintiffs, <br> v. <br><br> MARTIN BITER, et al., <br><br> Defendants. | Case No. 1:08-CV-00237-LJO-DLB <br><br> **ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF MOTION TO COMPEL** <br><br> TRIAL:  February 26, 2013 |

A/74969181.2/0999997-0000929376

ORDER

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pending before the Court is Plaintiffs' request to seal Exhibits A-B to the Declaration of Edward A. Andrews in Support of Plaintiffs' Motion to Compel. Having considered Plaintiffs' notice of request to seal, request to seal and compelling reasons having been shown, and good cause existing:

IT IS HEREBY ORDERED THAT Plaintiffs' request to seal is GRANTED. The Clerk of Court shall file Exhibits A-B under seal. In addition, Defendants shall lodge unredacted copies of Exhibits A-B under seal to the Court for purposes of *in camera* review.

IT IS SO ORDERED.

Dated:   **June 12, 2012**            /s/ Dennis L. Beck
                                                                   UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com