UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSARIO CORONA, AS HEIR OF THE ESTATE OF OSCAR CRUZ, et. al.,<br><br>            Plaintiffs,<br>     v.<br><br>MARTIN BITER, et al.,<br><br>            Defendants. | Case No. 1:08-CV-00237-LJO-DLB<br><br>**ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR AN ORDER SHORTENING TIME FOR HEARING ON MOTION TO COMPEL**<br><br>Proposed  Hearing:<br>Proposed Time:<br>Dept.:                       9<br><br>TRIAL:       February 26, 2013 |

      Plaintiffs have submitted an *Ex Parte* Application for an Order Shortening Time for Hearing on Plaintiffs' Motion to Compel Production of Documents.   This application was made on the grounds that delay in hearing this matter under the normal notice provisions would cause Plaintiffs substantial hardship.

      Having considered the application and papers and argument offered in support thereof, as well as all opposition to the application and papers and argument offered in support thereof, and good cause appearing, the Court hereby **GRANTS** the Motion and makes the following order.

      IT IS HEREBY ORDERED THAT the hearing on Plaintiffs' motion to compel be

A/74968036.1/0999997-0000929376

1  reset for June 19, 2012, at 10:00 a.m., in Courtroom 9.  Opposition to the motion shall be filed on
2  or before June 18, 2012, at 11:00 a.m.

IT IS SO ORDERED.

Dated:   **June 14, 2012**                                        /s/ *Dennis L. Beck*
                                                                            UNITED STATES MAGISTRATE JUDGE

A/74968036.1/0999997-0000929376                            2