1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**Maria del Rosario Corona,**                    Case No. 1:08-CV-00237-LJO-DLB (PC)

12

                                    Plaintiff,   **ORDER**

13

                    **v.**

14

15   **MIKE KNOWLES, et al.,**

16                                    Defendants.

17

18          Pending before the Court is Defendants' Motion for Summary Judgment, supported by

19   Defendants' Statement of Undisputed Facts.   Defendants have requested that the Court Order the

20   Clerk of the Court to seal Exhibits F-H attached as exhibits to Defendants' Statement of

21   Undiputed Facts.  Those documents are covered by the Protective Order previously entered into

22   by the parties.

23          / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

                                            1

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendants' request to seal is GRANTED.  The Clerk of Court shall file Exhibits F-H under seal.

IT IS SO ORDERED.

Dated:   **June 18, 2012**                              **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE

[Proposed] Order (1:08-CV-00237-LJO-DLB (PC))