IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Maria del Rosario Corona,** | Case No. 1:08-CV-00237-LJO-DLB (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **MIKE KNOWLES, et al.,** | |
| Defendants. | |

  Pending before the Court is Defendants' Motion for Summary Judgment, supported by Defendants' Statement of Undisputed Facts.  Defendants have requested that the Court Order the Clerk of the Court to seal Exhibits F-H attached as exhibits to Defendants' Statement of Undiputed Facts.  Those documents are covered by the Protective Order previously entered into by the parties.

  / / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 | GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendants' request
2 | to seal is GRANTED.  The Clerk of Court shall file Exhibits F-H under seal.

IT IS SO ORDERED.

    Dated:   **June 18, 2012**                               **/s/ Lawrence J. O'Neill**
                                                                               UNITED STATES DISTRICT JUDGE