BINGHAM MCCUTCHEN LLP
WARREN E. GEORGE (SBN 53588)
MANU PRADHAN (SBN 253026)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:	415.393.2000
Facsimile:	415.393.2286
Email:	warren.george@bingham.com
	manu.pradhan@bingham.com

EDWARD A. ANDREWS (SBN 268479)
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA  90404-4060
Telephone:	310.907.1000
Facsimile:	310.907.2000
Email:	edward.andrews@bingham.com

COURTNEY E. SMITH (SBN 273598)
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: 650.849.4400
Facsimile: 650.849.4800
Email:	courtney.smith@bingham.com

Attorneys for Plaintiffs Maria del Rosario
Corona and Andres Santana

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSARIO CORONA, AS HEIR OF THE ESTATE OF OSCAR CRUZ, et. al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MARTIN BITER, et al.,<br><br>        Defendants. | Case No. 1:08-CV-00237-LJO-DLB<br><br>**STIPULATION REGARDING EXPERT DISCLOSURES; ORDER** |

**STIPULATION**

Pursuant to Fed. R. Civ. Proc. 26(a)(2), the parties stipulate to an extension of the deadline regarding expert disclosures. Disclosures are due on July 17, 2012. (Dkt. No. 129.) This deadline was previously extended because of the need to extend fact discovery. (*Id.*)

A short extension of time is necessary for the disclosures for a correctional expert Plaintiffs intend to call at trial. The correctional expert has recently experienced a death in the family. Since then, Plaintiffs' contact with the expert has been extremely limited, and Plaintiffs do not currently know the expert's availability, or whether he is able to devote sufficient time to the disclosures before they are due on the 17th. At the same time, Plaintiffs' opposition to Defendants' summary judgment motion is due August 3, 2012. (Dkt. No. 151.) So as not to interfere with that calendar item, and to minimize prejudice to Defendants, Plaintiffs request that the disclosure deadline for their correctional expert be extended until August 3. Plaintiffs believe their expert should be able to complete disclosures by August 3.

Therefore, the parties stipulate that the disclosures for Plaintiffs' correctional expert will be due on August 3. This stipulation does not affect the disclosure date for any other experts subject to a disclosure obligation.

Date: July 13, 2012     BINGHAM MCCUTCHEN LLP

By: _____/s/_____
Manu Pradhan
Attorneys for Plaintiffs

Date: July 13, 2012     ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: _____/s/_____
Kelli M. Hammond
Attorney for Defendants

| | |
|---|---|
| 1 | **ORDER** |

GOOD CAUSE showing, IT IS SO ORDERED that the parties' stipulation regarding expert disclosures is approved. The disclosures for Plaintiffs' correctional expert shall occur on or before August 3, 2012. All other disclosures shall occur on or before July 17, 2012, consistent with this Court's prior order (Dkt. No. 129).

DATE: _____, 2012

By:_____
Judge, United States District Court for the
Eastern District of California

| | |
|---|---|
| 1 | **ATTESTATION OF FILER** |

2   The signatories to this document are myself and Kelli Hammond, and I have

3   obtained Ms. Hammond's concurrence to sign this document on her behalf.

4

5   DATED: July 13, 2012                    BINGHAM McCUTCHEN LLP

6

7
                                             By:_____/s/_____
8                                               Manu Pradhan
                                                Attorneys for Plaintiffs
9

10

11

12

13

14

15   IT IS SO ORDERED.

16   Dated:  **July 13, 2012**              **/s/ Lawrence J. O'Neill**
17                                          UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26