| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|  | WARREN E. GEORGE (SBN 53588) |
| 2 | MANU PRADHAN (SBN 253026) |
|  | Three Embarcadero Center |
| 3 | San Francisco, CA  94111-4067 |
|  | Telephone:    415.393.2000 |
| 4 | Facsimile:     415.393.2286 |
|  | Email:           warren.george@bingham.com |
| 5 |                       manu.pradhan@bingham.com |
| 6 | EDWARD A. ANDREWS (SBN 268479) |
|  | The Water Garden |
| 7 | Fourth Floor, North Tower |
|  | 1620 26th Street |
| 8 | Santa Monica, CA  90404-4060 |
|  | Telephone:    310.907.1000 |
| 9 | Facsimile:     310.907.2000 |
|  | Email:           edward.andrews@bingham.com |
| 10 |  |
|  | COURTNEY E. SMITH (SBN 273598) |
| 11 | 1117 S. California Avenue |
|  | Palo Alto, CA 94304 |
| 12 | Telephone: 650.849.4400 |
|  | Facsimile: 650.849.4800 |
| 13 | Email:           courtney.smith@bingham.com |
| 14 | Attorneys for Plaintiffs Maria del Rosario |
|  | Corona and Andres Santana |

15

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | | |
| 19 | MARIA DEL ROSARIO CORONA, AS HEIR OF THE ESTATE OF OSCAR CRUZ, et. al., | Case No. 1:08-CV-00237-LJO-DLB |
| 20 | Plaintiffs, | **STIPULATION REGARDING EXPERT DISCLOSURES; ORDER** |
| 21 | v. | |
| 22 | MARTIN BITER, et al., | |
| 23 | Defendants. | |

| | |
|---|---|
| 1 | **STIPULATION** |

2    Pursuant to Fed. R. Civ. Proc. 26(a)(2), the parties stipulate to an extension of the

3  deadline regarding expert disclosures.  Disclosures are due on July 17, 2012.  (Dkt. No. 129.)

4  This deadline was previously extended because of the need to extend fact discovery.  (*Id.*)

5    A short extension of time is necessary for the disclosures for a correctional expert

6  Plaintiffs intend to call at trial.  The correctional expert has recently experienced a death in the

7  family.  Since then, Plaintiffs' contact with the expert has been extremely limited, and Plaintiffs

8  do not currently know the expert's availability, or whether he is able to devote sufficient time to

9  the disclosures before they are due on the 17th.  At the same time, Plaintiffs' opposition to

10  Defendants' summary  judgment motion is due August 3, 2012.  (Dkt. No. 151.)  So as not to

11  interfere with that calendar item, and to minimize prejudice to Defendants, Plaintiffs request that

12  the disclosure deadline for their correctional expert be extended until August 3.  Plaintiffs

13  believe their expert should be able to complete disclosures by August 3.

14    Therefore, the parties stipulate that the disclosures for Plaintiffs' correctional expert will

15  be due on August 3.  This stipulation does not affect the disclosure date for any other experts

16  subject to a disclosure obligation.

17  Date: July 13, 2012            BINGHAM MCCUTCHEN LLP

18

19                     By: _____/s/_____
20                         Manu Pradhan
                           Attorneys for Plaintiffs

21  Date: July 13, 2012            ATTORNEY GENERAL OF THE STATE OF
                                   CALIFORNIA
22

23

24                     By: _____/s/_____
                           Kelli M. Hammond
25                         Attorney for Defendants

26

1 **ORDER**

 GOOD CAUSE showing, IT IS SO ORDERED that the parties' stipulation regarding expert disclosures is approved.  The disclosures for Plaintiffs' correctional expert shall occur on or before August 3, 2012.  All other disclosures shall occur on or before July 17, 2012, consistent with this Court's prior order (Dkt. No. 129).

DATE: _____, 2012

By:_____
Judge, United States District Court for the
Eastern District of California

Case 1:08-cv-00237-LJO-SAB   Document 154   Filed 07/13/12   Page 4 of 4

**ATTESTATION OF FILER**

1  
2  The signatories to this document are myself and Kelli Hammond, and I have
3  obtained Ms. Hammond's concurrence to sign this document on her behalf.
4  
5  DATED: July 13, 2012                BINGHAM McCUTCHEN LLP
6  
7  
8                                    By:  /s/  
                                        Manu Pradhan
                                        Attorneys for Plaintiffs
9  
10  
11  
12  
13  
14  
15  IT IS SO ORDERED.
16     Dated:  **July 13, 2012**           **/s/ Lawrence J. O'Neill**
17                                        UNITED STATES DISTRICT JUDGE
18  
19  
20  
21  
22  
23  
24  
25  
26  

3   Case No. 1:08-CV-00237-LJO-DLB
STIPULATION REGARDING EXPERT DISCLOSURES

A/75025831.1