BINGHAM MCCUTCHEN LLP
WARREN E. GEORGE (SBN 53588)
MANU PRADHAN (SBN 253026)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone:    415.393.2000
Facsimile:    415.393.2286
Email:        warren.george@bingham.com
              manu.pradhan@bingham.com

EDWARD A. ANDREWS (SBN 268479)
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA 90404-4060
Telephone:    310.907.1000
Facsimile:    310.907.2000
Email:        edward.andrews@bingham.com

COURTNEY E. SMITH (SBN 273598)
1117 S. California Avenue
Palo Alto, CA 94304
Telephone:    650.849.4400
Facsimile:    650.849.4800
Email:        courtney.smith@bingham.com

Attorneys for Plaintiffs
Maria del Rosario Corona and Andres Santana

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL ROSARIO CORONA, AS HEIR OF THE ESTATE OF OSCAR CRUZ, et. al., <br><br> Plaintiffs, <br> v. <br><br> KNOWLES, et al., <br><br> Defendants. | Case No. 1:08-CV-00237-LJO-DLB <br><br> **ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS SUBMITTED IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> TRIAL: February 26, 2013 |

[PROPOSED] ORDER

A/75034401.1

## ORDER

Pending before the Court is Plaintiffs' Request To Seal the following documents:

- Plaintiffs' Opposition To Defendants' Motion For Summary Judgment
- Plaintiffs' Separate Statement Of Facts In Opposition To Defendants' Motion For Summary Judgment
- Declaration Of Andres Santana In Support Of Plaintiffs' Opposition To Defendants' Motion For Summary Judgment
- Declaration Of Pablo Stewart, M.D. In Support Of Plaintiffs' Opposition To Defendants' Motion For Summary Judgment & Ex. C attached thereto
- Declaration Of Joseph E. Gunja In Support Of Plaintiffs' Opposition To Defendants' Motion For Summary Judgment
- Exhibits 14-18, 20-21, and 23-24 to the Smith Declaration In Support Of Plaintiffs' Opposition To Defendants' Motion For Summary Judgment

Having considered Plaintiffs' Request To Seal, and compelling reasons having been shown, IT IS HEREBY ORDERED THAT Plaintiffs' request to seal is GRANTED. The Clerk of Court shall file the documents listed above under seal.

IT IS SO ORDERED.

Dated:   **August 6, 2012**           /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE