IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OSCAR CRUZ,** <br><br> Plaintiff, <br><br> v. <br><br> **MIKE KNOWLES, et al.,** <br><br> Defendants. | Case No. 1:08-CV-00237-LJO-DLB (PC) <br><br> **SEALING ORDER** |

    Pending before the Court is Defendants' request to seal documents, including Defendants Exhibits L – N, which are the transcripts from the depositions of Defendants Knowles, Biter, and Frauenheim.  Those documents were relied upon by the parties in their opposition and reply briefs, and contain information that is subject to the Court's protective order.

    Having considered Defendants' request to seal those documents, and compelling reasons having been shown, IT IS HEREBY ORDERED THAT Defendants' request to seal is

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    GRANTED.  The Clerk of Court shall file the documents listed above under seal.

IT IS SO ORDERED.

   Dated:   **August 13, 2012**                    **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE

2