# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAL DEL ROSARIO CORONA, et al., | CASE NO. CV F 08-0237 LJO DLB |
| Plaintiffs, | **ORDER ON REQUEST FOR DOCKET SHEET** (Doc. 194) |
| vs. | |
| MIKE KNOWLES, et al., | |
| Defendants. / | |

Plaintiff-appellant Andres Santana seeks a copy of this Court's docket sheet. This Court's clerk processed appeal of this Court's judgment and transmitted this Court's entire record, including its docket sheet, to the Ninth Circuit Court of Appeals. As a one-time courtesy to Mr. Santana, this Court DIRECTS the clerk to send Mr. Santana a copy of this Court's docket sheet.

IT IS SO ORDERED.

**Dated: April 18, 2013**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE