# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES SANTANA,<br><br>        Plaintiff,<br><br>v.<br><br>MIKE KNOWLES, et al.,<br><br>        Defendants. | Case No. 1:08-cv-00237-LJO-SAB<br><br>ORDER REQUIRING AMAN PRADHAN AND COURTNEY SMITH TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR<br><br>(ECF No. 214) |

Following the decision on appeal, this action is proceeding on Plaintiff Santana's equal protection claim against Defendants Chris Chrones, S. Frauenheim, Kelly Harrington, and Mike Knowles for monetary damages. On May 15, 2017, an order issued requiring the parties to appear for a status conference on May 31, 2017, at 2:30 p.m. Specifically, Plaintiff's counsel were ordered that if they were no longer representing him in this action a motion to withdraw as counsel or a substitution of counsel form was to be filed by May 26, 2017. Neither a motion to withdraw nor a substitution of counsel form was filed.

The Court conducted a scheduling conference on May 31, 2017. Monica Anderson appeared telephonically for Defendants and Plaintiff appeared telephonically. Counsel for Plaintiff did not appear at the conference.

The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los

Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).  Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that:

1. A further scheduling hearing and order to show cause hearing is set for **Wednesday, June 14, 2017, at 10:00 a.m.** in Courtroom 9;

2. On or before **Tuesday, June 6, 2017**, counsel Aman Pradhan and Courtney Smith shall show cause in writing why sanctions should not issue for the failure to comply with the May 15, 2017 order of this Court;

3. Counsel Aman Pradhan and Courtney Smith shall appear on **Wednesday, June 14, 2017, at 10:00 a.m.** in Courtroom 9; and

4. Counsel for Defendants shall arrange for Plaintiff to appear telephonically at the June 14, 2017 hearing.

IT IS SO ORDERED.

Dated: **May 31, 2017**

UNITED STATES MAGISTRATE JUDGE