# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES SANTANA,<br><br>Plaintiff,<br><br>v.<br><br>MIKE KNOWLES, et al.,<br><br>Defendants. | Case No. 1:08-cv-00237-LJO-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF THE COURT TO TERMINATE AMAN PRADHAN AND COURTNEY HOYT AS ATTORNEY OF RECORD FOR PLAINTIFF<br><br>(ECF No. 216, 217, 218) |

Following the Ninth Circuit granting in part Plaintiff Andres Santana's appeal, this action is proceeding on Plaintiff's equal protection claim against Defendants Chris Chrones, S. Frauenheim, Kelly Harrington, and Mike Knowles for monetary damages. A status conference was held on May 31, 2017, in part to address Plaintiff's representation in this matter. After counsel for Plaintiff failed to appear at the May 31, 2017 hearing an order issued requiring Aman Pradhan and Courtney Smith (now Courtney Hoyt) to show cause why sanctions should not issue for the failure to appear. On June 5, 2017, Aman Pradhan filed a response to the order to show cause, and Courtney Hoyt filed a response on June 6, 2017.

Mr. Pradhan and Ms. Hoyt were representing Plaintiff pro bono in this action and they understood that the representation terminated upon entry of judgment in this action and that Mr. Santana was notified of that fact. The Court notes this is consistent with Plaintiff's notice of appeal which states that he will be proceeding pro se in this action from "hereonout". (Notice of Appeal 1 n.1, ECF No. 190.)

Plaintiff's attorneys have both moved on to different ventures. Mr. Pradham is now

working as a Deputy City Attorney for the San Francisco City Attorney's Office, and Ms. Hoyt is currently employed as in house counsel at a company in Los Angeles. (ECF Nos. 217, 218.) Neither attorney received notice to appear at the May 31, 2017 hearing because the e-mail account on the docket is no longer active. Accordingly, the Court shall discharge the order to show cause and direct the Clerk of the Court to terminate Aman Pradhan and Courtney Hoyt as counsel of record for Plaintiff. Mr. Pradham and Ms. Hoyt are not required to appear at the June 14, 2017 hearing.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The order to show cause filed on June 1, 2017 is DISCHARGED;
2. The Office of the Clerk is DIRECTED to:
   a. Terminate Aman Pradhan and Courtney Hoyt as attorney of record for Plaintiff;
   b. Update Plaintiff's address on the docket as he is now proceeding pro se in this action as follows:

      Andres Santana, Inmate No. K00977
      Calipatria State Prison
      PO Box 5002
      Calipatria, CA 92233-5002

   c. Send Plaintiff a change of address form;
   d. Terminate Maria del Rosario Corona as a plaintiff and the California Department of Corrections as a defendant in this action; and
3. A scheduling conference will be set for Friday, June 16, 2017 at 4:00 pm in Courtroom 9. The parties shall appear telephonically.

IT IS SO ORDERED.

Dated: **June 7, 2017**

UNITED STATES MAGISTRATE JUDGE