# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES SANTANA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MIKE KNOWLES, et al.,<br><br>　　　　　　Defendants. | Case No. 1:08-cv-00237-LJO-SAB<br><br>ORDER VACATING JUNE 14, 2017 SCHEDULING CONFERENCE AND DIRECTING DEFENDANTS TO ARRANGE FOR PLAINTIFF TO APPEAR TELEPHONICALLY AT THE JUNE 16, 2017 SCHEDULING CONFERENCE<br><br>(ECF No. 219) |

On June 9, 2017, an order issued discharging an order to show cause in this action and setting the scheduling conference for June 16, 2017 at 4:00 p.m. in Courtroom 9. Based on the June 9, 2017 order, IT IS HEREBY ORDERED that:

1. The scheduling conference set for June 14, 2017 at 10:00 a.m. in Courtroom 9 is VACATED; and

2. Defendants are required to arrange for Plaintiff to appear telephonically at the June 16, 2017 scheduling conference.

IT IS SO ORDERED.

Dated: **June 9, 2017**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE