# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES SANTANA,<br><br>  Plaintiff,<br><br> v.<br><br>MIKE KNOWLES, et al.,<br><br>  Defendants. | Case No. 1:08-cv-00237-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>TWENTY-ONE DAY DEADLINE |

On March 30, 2018, Defendants filed a motion for summary judgment. Pursuant to Local Rule 230, Plaintiff was required to file an opposition or statement of non-opposition within twenty-one days. L.R. 230(l). Plaintiff has not filed an opposition or statement of non-opposition to Defendants' motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file an opposition or statement of non-opposition to Defendants' motion for summary judgment within **twenty-one (21) days** of the date of service of this order. Plaintiff is advised that failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:  **April 30, 2018**

UNITED STATES MAGISTRATE JUDGE

1